BEFORE THE THIRD DIVISION, JULY 13, 1951

**No. 55762.**—Olavarria & Co., Inc. *v.* United States, protest 42176–K/12215 (New Orleans).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55763.**—The Parker Pen Company *v.* United States, protest 145746–K (Milwaukee).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55764.**—Frank P. Dow Co., Inc. *v.* United States, protests 151988–K and 151989–K (Portland, Oreg.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.